**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 14-22725-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Eric Von Ray Sladky<br>P.O. Box 530<br>Vanderbilt PA 15486 | Darla D. Sladky<br>P.O. Box 530<br>Vanderbilt PA 15486 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/23/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 8: Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, Oklahoma 73134 | Rushmore Loan Manangement Services, LLC<br>15480 Laguna Canyon Road, Suite 100<br>Irvine, CA 92618 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   01/26/17                                             Michael R. Rhodes
                                                             **CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Eric Von Ray Sladky
Darla D. Sladky
    Debtors

Case No. 14-22725-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: gamr      Page 1 of 1      Date Rcvd: Jan 24, 2017
                  Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2017.
13963672      +Caliber Home Loans, Inc.,    13801 Wireless Way,    Oklahoma City, Oklahoma 73134-2500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2017      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2017 at the address(es) listed below:
     Daniel R. White    on behalf of Joint Debtor Darla D. Sladky dwhite@zeblaw.com, gianna@zeblaw.com;dwhite.zmw@gmail.com
     Daniel R. White    on behalf of Debtor Eric Von Ray Sladky dwhite@zeblaw.com, gianna@zeblaw.com;dwhite.zmw@gmail.com
     James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as trustee for Maroon Plains Trust bkgroup@kmllawgroup.com
     James Warmbrodt    on behalf of Creditor    CALIBER HOME LOANS, INC. bkgroup@kmllawgroup.com
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
     TOTAL: 6