## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

ERIC VON RAY SLADKY                           Case No. 14-22725CMB
DARLA D. SLADKY

            Debtor(s)
RONDA J. WINNECOUR,                            Chapter 13
Standing Chapter 13 Trustee,

           Movant                        Document No __
      vs.

FAYETTE COUNTY TAX CLAIM BUR

        Respondents

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

THE CREDITOR HAS FILED A STATEMENT OF ACCOUNT AS A PROOF OF CLAIM.  THE STATEMENT INDICATES A BALANCE DUE FOR 2013 TAX YEAR.  THE PLAN PROVIDES FOR 2011-2014.  THE TRUSTEE WILL RESERVE ALL FUNDS TO THE CREDITOR IN EXCESS OF THE AMOUNT DUE PURSUANT TO THE LATEST "CLAIM" #10 UNTIL SUCH TIME AS THIS MATTER IS CLARIFIED.

FAYETTE COUNTY TAX CLAIM BUR          Court claim# NC/Trustee CID# 3
COURT HOUSE
61 E MAIN ST
UNIONTOWN, PA 15401

The Movant further certifies that on 08/04/2017 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                 /s/ Ronda J. Winnecour
                 RONDA J WINNECOUR PA ID #30399
                 CHAPTER 13 TRUSTEE WD PA
                 600 GRANT STREET
cc:  debtor(s)                          SUITE 3250 US STEEL TWR
     original creditor                  PITTSBURGH, PA  15219
     putative creditor                  (412) 471-5566
     counsel for debtor(s)              cmecf@chapter13trusteewdpa.com
     counsel for the creditor(s) (if known)

DEBTOR(S):
ERIC VON RAY SLADKY, DARLA D.
SLADKY, P.O. BOX 530,
VANDERBILT, PA  15486

ORIGINAL CREDITOR:
FAYETTE COUNTY TAX CLAIM BUR,
COURT HOUSE, 61 E MAIN ST,
UNIONTOWN, PA  15401

NEW CREDITOR:

DEBTOR'S COUNSEL:
DANIEL R WHITE ESQ, ZEBLEY
MEHALOV & WHITE PC, POB 2123*,
UNIONTOWN, PA  15401