**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

05/13/2019

IN RE:

ERIC VON RAY SLADKY
DARLA D. SLADKY
P.O. BOX 530
VANDERBILT, PA  15486
XXX-XX-7272          Debtor(s)

XXX-XX-8020

Case No.14-22725 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/13/2019

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **US BANK NA**<br>C/O RUSHMORE LOAN MANAGEMENT SVCNG<br>15480 LAGUNA CANYON RD STE 100<br>IRVINE, CA 92168 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 0.00<br>COMMENT: 459/PL*DKTPMT-LMT*BGN 7/14*FR BNFCL-DOC 28*FR LSF9/CALIBER-D42 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 8220 |
| **CRAIG APPLIANCE**<br>509 MCCORNICK AVE STE 1<br>CONNELLSVILLE, PA 15425 | Trustee Claim Number: 2   INT %: 10.00%<br>Court Claim Number:<br>CLAIM: 150.00<br>COMMENT: $@10%MDF/PL | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: ERIC & DARLA SLADKY |
| **FAYETTE COUNTY TAX CLAIM BUR**<br>COURT HOUSE<br>61 E MAIN ST<br>UNIONTOWN, PA 15401 | Trustee Claim Number: 3   INT %: 9.00%<br>Court Claim Number: NC<br>CLAIM: 531.53<br>COMMENT: 669.35@9% TTL/PL~2011-14*BAL@33*STILL DUE? NTC-RSV | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 09-10-0017-04 |
| **FREEDOM CDC**<br>448 W MAIN ST STE 3<br>MOUNT PLEASANT, PA 15666 | Trustee Claim Number: 4   INT %: 6.00%<br>Court Claim Number: 3<br>CLAIM: 2,345.71<br>COMMENT: $2368/CL-PL@6%MDF/PL*PIF/CR/LTR | CRED DESC: VEHICLE<br>ACCOUNT NO.: 2609 |
| **QUANTUM3 GROUP LLC AGNT - SADINO FUNDII**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 1,407.06<br>COMMENT: APPLIED CARD*DK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6546 |
| **WFNNB/BRYLANE HOME**<br>4590 E BROAD ST<br>COLUMBUS, OH 43213 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 39217013 |
| **DR CANADA**<br>814 VANDERBILT RD<br>CONNELLSVILLE, PA 15425 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 32403 |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8538264394 |
| **CREDIT ONE BANK**<br>POB 98873<br>LAS VEGAS, NV 89193 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4447961111414567 |
| **DOUBLEDAY BOOK CLUB++**<br>6550 EAST 30TH ST<br>INDIANAPOLIS, IN 46219 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 12R332257 |

| Creditor | Trustee Claim | Court Claim | Cred Desc / Account | Claim | Comment |
|---|---|---|---|---|---|
| **MOHAMMAD EL HILLAL MD**<br>109 CROSSROADS RD STE 201<br>SCOTTDALE, PA 15683-2458 | 11 | | UNSECURED CREDITOR<br>ACCT: 3919 | 0.00 | |
| **EMERGENCY RESOURCES MANAGEMENT INC**<br>C/O CONVERGENT HEALTHCARE RECOVERIES<br>PO BOX 1289<br>PEORIA, IL 61654 | 12 | 9 | UNSECURED CREDITOR<br>ACCT: 7272 | 0.00 | CL9: $356.80 W/DRAWN-DOC 38 |
| **JEFFERSON CAPITAL SYSTEMS LLC*** <br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | 13 | 7-2 | UNSECURED CREDITOR<br>ACCT: 2247 | 159.00 | REF 2753304781*1003/SCH*FINGERHUT*AMD*DK |
| **GE CAPITAL CORP++**<br>POB 103104<br>ROSWELL, GA 30076 | 14 | | UNSECURED CREDITOR<br>ACCT: 6044071024174647 | 0.00 | NT ADR/SCH |
| **GE CAPITAL CORP++**<br>POB 103104<br>ROSWELL, GA 30076 | 15 | | UNSECURED CREDITOR<br>ACCT: 7714100354844540 | 0.00 | NT ADR/SCH |
| **GEMB**<br>950 FORRER BLVD<br>DAYTON, OH 45420 | 16 | | UNSECURED CREDITOR<br>ACCT: 8533008688 | 0.00 | NT ADR/SCH |
| **HIGHLANDS HOSPITAL & HEALTH CT**<br>401 E MURPHY AVE<br>CONNELLSVILLE, PA 15425 | 17 | | UNSECURED CREDITOR<br>ACCT: VARIOUS/SCH | 0.00 | |
| **HSBC CARD SERVICES++**<br>POB 17051<br>BALTIMORE, MD 21297-1051 | 18 | | UNSECURED CREDITOR<br>ACCT: 549R1100011705871 | 0.00 | NT ADR/SCH |
| **JB ROBINSON JEWELERS**<br>PO BOX 1799<br>AKRON, OH 44309 | 19 | | UNSECURED CREDITOR<br>ACCT: D2647347N1 | 0.00 | |
| **MASON EASY PAY**<br>POB 77001<br>MADISON, WI 53707-1001 | 20 | | UNSECURED CREDITOR<br>ACCT: ? | 0.00 | NT ADR/SCH |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account No. |
|---|---|---|---|
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS**<br>POB 10368<br>GREENVILLE, SC 29603-0368 | Trustee Claim Number: 21 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4120613054052524 |
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS**<br>POB 10368<br>GREENVILLE, SC 29603-0368 | Trustee Claim Number: 22 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4120613061018203 |
| **OFFICE OF UC BENEFITS POLICY**<br>DEPARTMENT OF LABOR AND INDUSTRY - UC D<br>LABOR & INDUSTRY BLDG 10TH FL<br>651 BOAS ST<br>HARRISBURG, PA 17121 | Trustee Claim Number: 23 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: OVRPYMNT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7272 |
| **SEPP DENTAL OFFICE**<br>674 UNDERBELL RD<br>CONNELLSVILLE, PA 15425 | Trustee Claim Number: 24 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2210 |
| **WEST PENN POWER***<br>ATTN BANKRUPTCY<br>5001 NASA BLVD<br>FAIRMONT, WV 26554 | Trustee Claim Number: 25 INT %: 0.00%<br>Court Claim Number: 2 | CLAIM: 1,607.75<br>COMMENT: 100091739902/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9613 |
| **WESTERN PA DIAGNOTIC OPEN MRI**<br>100 PEASANT VILLAGE LN<br>BELLE VERNON, PA 15012 | Trustee Claim Number: 26 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: BCCC29040400010593940 |
| **DR FRANK A YARUSSI**<br>POB 308<br>PRESTO, PA 15142 | Trustee Claim Number: 27 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: VARIOUS/SCH |
| **QUANTUM3 GROUP LLC AGNT - GALAXY ASSET**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 28 INT %: 0.00%<br>Court Claim Number: 1 | CLAIM: 948.86<br>COMMENT: NT/SCH*CITIBANK/FINGERHUT*DK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4012 |
| **US BANK NA**<br>C/O RUSHMORE LOAN MANAGEMENT SVCNG<br>15480 LAGUNA CANYON RD STE 100<br>IRVINE, CA 92168 | Trustee Claim Number: 29 INT %: 0.00%<br>Court Claim Number: 8 | CLAIM: 10,857.26<br>COMMENT: 11k/PL*THRU 6/14*FR BFNCL-DOC 28*FR LSF9/CALIBER-DOC 42 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 8220 |
| **SEVENTH AVENUE**<br>C/O CREDITORS BANKRUPTCY SVC*<br>PO BOX 800849<br>DALLAS, TX 75380 | Trustee Claim Number: 30 INT %: 0.00%<br>Court Claim Number: 5 | CLAIM: 532.37<br>COMMENT: NT/SCH*DK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8570 |

| | | |
|---|---|---|
| **GINNYS** | Trustee Claim Number:31 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O CREDITORS BANKRUPTCY SVC* | Court Claim Number:6 | ACCOUNT NO.: 8630 |
| PO BOX 800849 | CLAIM: 210.88 | |
| DALLAS, TX 75380 | COMMENT: NT/SCH*DK | |
| | | |
| **JAMES C WARMBRODT ESQ** | Trustee Claim Number:32 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | CLAIM: 0.00 | |
| PHILADELPHIA, PA 19106 | COMMENT: RUSHMORE LN/PRAE | |
| | | |
| **FAYETTE COUNTY TAX CLAIM BUR** | Trustee Claim Number:33 INT %: 9.00% | CRED DESC: SECURED CREDITOR |
| COURT HOUSE | Court Claim Number:10 | ACCOUNT NO.: 09-10-0017-04 |
| 61 E MAIN ST | CLAIM: 137.82 | |
| UNIONTOWN, PA 15401 | COMMENT: 669.35@9% TTL/PL~2011-14*2013 NET BAL/CRED*BAL@3*BGN INT 6/17 | |

CLAIM RECORDS
Case 14-22725-CMB   Doc 46   Filed 05/13/19   Entered 05/13/19 12:30:32   Desc
Page 6 of 6