IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| Eric Von Ray Sladky | Case No. 14-22725CMB |
| Darla D. Sladky | |
| Debtor(s) | Chapter 13 |
| | |
| Ronda J. Winnecour, Trustee | |
| Movant(s) | Related to Claim # 4 |
| | |
| vs. | |
| Quantum3 Group LLC as agent for | |
| Sadino Funding LLC | Hearing Date: 7/02/2019 |
| | |
| Respondent(s) | |

## CERTIFICATION OF NO OBJECTION REGARDING TRUSTEE'S OBJECTION TO CLAIM

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's MOTION/OBJECTION filed on May 17, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's objection appears thereon. Pursuant to the Notice of Hearing, responses were to be filed and served no later than June 17, 2019.

6/19/2019
Date

/s/ Ronda J. Winnecour
Ronda J. Winnecour
Chapter 13 Trustee PA I.D.#30399
U.S. Steel Tower- Suite 3250
600 Grant Street
Pittsburgh PA  15219
cmecf@chapter13trusteewdpa.com