IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Eric Von Ray Sladky | : | Case No. 14-22725CMB |
| Darla D. Sladky | : | |
|     Debtor(s) | : | Chapter 13 |
| | : | |
| Ronda J. Winnecour, Trustee | : | |
|     Movant(s) | : | Related to Claim # 5 |
| | : | |
|     vs. | : | |
| Seventh Avenue | : | |
| | : | Hearing Date: 7/02/2019 |
| | : | |
| | : | |
|     Respondent(s) | : | |

## CERTIFICATION OF NO OBJECTION REGARDING TRUSTEE'S OBJECTION TO CLAIM

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's MOTION/OBJECTION filed on May 17, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's objection appears thereon. Pursuant to the Notice of Hearing, responses were to be filed and served no later than June 17, 2019.

<u>6/19/2019</u>　　　　　　　　　　　　　/s/ Ronda J. Winnecour
Date　　　　　　　　　　　　　　　　Ronda J. Winnecour
　　　　　　　　　　　　　　　　　　Chapter 13 Trustee PA I.D.#30399
　　　　　　　　　　　　　　　　　　U.S. Steel Tower- Suite 3250
　　　　　　　　　　　　　　　　　　600 Grant Street
　　　　　　　　　　　　　　　　　　Pittsburgh PA  15219
　　　　　　　　　　　　　　　　　　cmecf@chapter13trusteewdpa.com