IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| Eric Von Ray Sladky | ) | Case No.: 14-22725CMB |
| Darla D. Sladky | ) | Chapter 13 |
|     Debtor(s) | ) | |
| _____ | ) | |
| Ronda J. Winnecour, Chapter 13 | ) | Related to Claim No. 7 |
| Trustee, | ) | |
|     Movant, | ) | Related to Doc No. 67 |
|        Vs. | ) | |
| Jefferson Capital Systems, LLC | ) | |
|     Respondent(s) | ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on the 21st day of June, 2019, I served a copy of the Court Order entered at Doc. #67 upon the following, by First Class United States mail, postage prepaid:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

Eric Von Ray Sladky
Darla D. Sladky
P.O. Box 530
Vanderbilt, PA 15486

Attn: Melissa Roering
Jefferson Capital Systems, LLC
PO Box 7999
St. Cloud, MN 56302

Jefferson Capital Systems, LLC
16 McLeland Road
St. Cloud, MN 56303

6/21/2019                                   /S/ Maurlynda Douty
Date                                        Administrative Assistant
                                            Office of the Chapter 13 Trustee
                                            US Steel Tower – Suite 3250
                                            600 Grant Street
                                            Pittsburgh, PA  15219
                                            412) 471-5566
                                            cmecf@chapter13trusteewdpa.com