IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| Eric Von Ray Sladky | ) | Case No.: 14-22725CMB |
| Darla D. Sladky | ) | Chapter 13 |
| Debtor(s) | ) | |
| _____ | ) | |
| Ronda J. Winnecour, Chapter 13 | ) | Related to Claim No. 6 |
| Trustee, | ) | |
| Movant, | ) | Related to Doc No. 66 |
| Vs. | ) | |
| Ginny's | ) | |
| Respondent(s) | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of June, 2019, I served a copy of the Court Order entered at Doc. #66 upon the following, by First Class United States mail, postage prepaid:


Joseph S. Sisca, Esquire
Assistant U.S. Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

Eric Von Ray Sladky
Darla D. Sladky
P.O. Box 530
Vanderbilt, PA 15486

Attn: M. E. Bennett
Ginny's
c/o Creditors Bankruptcy Service
P.O. Box 740933
Dallas, TX 75374

Ginny's
13 Imperial Shopping Center
Midland, TX 79707

Ginny's Inc.
1112 7th Avenue
Monroe, WI 53566

6/21/2019
Date

/S/ Maurlynda Douty
Administrative Assistant
Office of the Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
412) 471-5566
cmecf@chapter13trusteewdpa.com