IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| Eric Von Ray Sladky | ) | Case No.: 14-22725CMB |
| Darla D. Sladky | ) | Chapter 13 |
|     Debtor(s) | ) | |
| _____ | ) | |
| Ronda J. Winnecour, Chapter 13 | ) | Related to Claim No. 1 |
| Trustee, | ) | |
|     Movant, | ) | Related to Doc No. 63 |
|       Vs. | ) | |
| Quantum3 Group LLC as agent for | ) | |
| Galaxy Asset Purchasing, LLC | ) | |
|     Respondent(s) | ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on the 21st day of June, 2019, I served a copy of the Court Order entered at Doc. #63 upon the following, by First Class United States mail, postage prepaid:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

Eric Von Ray Sladky
Darla D. Sladky
P.O. Box 530
Vanderbilt, PA 15486

Attn: Dharminder S. Sandhu
Quantum3 Group, LLC as agent
for Galaxy Asset Purchasing, LLC
PO Box 788
Kirkland, WA 98083

Quantum3 Group, LLC
12006 98th Avenue, NE, Suite 200
Kirkland, WA 98034


| | |
|---|---|
| 6/21/2019 | /S/ Maurlynda Douty |
| Date | Administrative Assistant |
| | Office of the Chapter 13 Trustee |
| | US Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | 412) 471-5566 |
| | cmecf@chapter13trusteewdpa.com |