IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| Eric Von Ray Sladky | ) | Case No.: 14-22725 CMB |
| Darla D. Sladky | ) | Chapter 13 |
|     Debtor(s) | ) | |
| _____ | ) | |
| Ronda J. Winnecour, Chapter 13 | ) | Related to Claim No. 1 |
| Trustee, | ) | |
|     Movant, | ) | Related to Doc. No. 47 |
|       Vs. | ) | |
| Quantum3 Group LLC as agent for | ) | **ENTERED BY DEFAULT** |
| Galaxy Asset Purchasing, LLC | ) | |
|     Respondent(s) | ) | |

ORDER OF COURT


AND NOW, this ____20th____ day of _____June_____, 2019, upon consideration of the Trustee's Objection to Claim No. 1 and any responses thereto, it is hereby ORDERED that:

(a) Claim Number 1 filed by the above captioned Respondent is disallowed in its entirety; and

(b) No fees, costs or charges shall be allowed for defending this objection.


BY THE COURT:

*Carlota M. Böhm*        dmr

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
6/20/19 3:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-22725-CMB
Eric Von Ray Sladky                                                       Chapter 13
Darla D. Sladky
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 1               Date Rcvd: Jun 20, 2019
                              Form ID: pdf900         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2019.
db/jdb         +Eric Von Ray Sladky,   Darla D. Sladky,   P.O. Box 530,   Vanderbilt, PA 15486-0530

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2019 at the address(es) listed below:
          Daniel R. White   on behalf of Joint Debtor Darla D. Sladky dwhite@zeblaw.com,
           gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
          Daniel R. White   on behalf of Debtor Eric Von Ray Sladky dwhite@zeblaw.com,
           gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
          James  Warmbrodt   on behalf of Creditor   U.S. Bank National Association, not in its individual
           capacity but solely as trustee for Maroon Plains Trust bkgroup@kmllawgroup.com
          James  Warmbrodt   on behalf of Creditor   CALIBER HOME LOANS, INC. bkgroup@kmllawgroup.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                           TOTAL: 6