IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Eric Von Ray Sladky ) | Case No.: 14-22725 CMB |
| Darla D. Sladky ) | Chapter 13 |
|     Debtor(s) ) | |
| _____) | |
| Ronda J. Winnecour, Chapter 13 ) | Related to Claim No. 5 |
| Trustee, ) | |
|     Movant, ) | Related to Doc. No. 51 |
|         Vs. ) | |
| Seventh Avenue ) | **ENTERED BY DEFAULT** |
|     Respondent(s) ) | |

ORDER OF COURT

AND NOW, this __20th__ day of _____June_____, 2019, upon consideration of the Trustee's Objection to Claim No. 5 and any responses thereto, it is hereby ORDERED that:

(a) Claim Number 5 filed by the above captioned Respondent is disallowed in its entirety; and

(b) No fees, costs or charges shall be allowed for defending this objection.

BY THE COURT:

FILED
6/20/19 3:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_  dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-22725-CMB
Eric Von Ray Sladky                                                     Chapter 13
Darla D. Sladky
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric                Page 1 of 1              Date Rcvd: Jun 20, 2019
                              Form ID: pdf900           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2019.
db/jdb         +Eric Von Ray Sladky,    Darla D. Sladky,    P.O. Box 530,    Vanderbilt, PA 15486-0530

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13922770       +E-mail/Text: bankruptcy@sccompanies.com Jun 21 2019 02:30:47      Seventh Avenue,
                c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2019 at the address(es) listed below:
              Daniel R. White    on behalf of Joint Debtor Darla D. Sladky dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Debtor Eric Von Ray Sladky dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as trustee for Maroon Plains Trust bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    CALIBER HOME LOANS, INC. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 6