IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Eric Von Ray Sladky ) | Case No.: 14-22725 CMB |
| Darla D. Sladky ) | Chapter 13 |
|     Debtor(s) ) | |
| _____ ) | |
| Ronda J. Winnecour, Chapter 13 ) | Related to Claim No. 6 |
| Trustee, ) | |
|     Movant, ) | Related to Doc. No. 53 |
|       Vs. ) | |
| Ginny's ) | **ENTERED BY DEFAULT** |
|     Respondent(s) ) | |

ORDER OF COURT

AND NOW, this __20th__ day of ____June____, 2019, upon consideration of the Trustee's Objection to Claim No. 6 and any responses thereto, it is hereby ORDERED that:

(a) Claim Number 6 filed by the above captioned Respondent is disallowed in its entirety; and

(b) No fees, costs or charges shall be allowed for defending this objection.

BY THE COURT:

_Carlota M. Böhm_ dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
6/20/19 3:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Eric Von Ray Sladky
Darla D. Sladky
    Debtors

Case No. 14-22725-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Jun 20, 2019
                      Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2019.
db/jdb        +Eric Von Ray Sladky,    Darla D. Sladky,    P.O. Box 530,    Vanderbilt, PA 15486-0530

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13931082       +E-mail/Text: bankruptcy@sccompanies.com Jun 21 2019 02:30:47      Ginny's,
          c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
                                                                                                                                                                      TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2019                                        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2019 at the address(es) listed below:
         Daniel R. White    on behalf of Joint Debtor Darla D. Sladky dwhite@zeblaw.com,
          gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
         Daniel R. White    on behalf of Debtor Eric Von Ray Sladky dwhite@zeblaw.com,
          gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
         James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as trustee for Maroon Plains Trust bkgroup@kmllawgroup.com
         James Warmbrodt    on behalf of Creditor    CALIBER HOME LOANS, INC. bkgroup@kmllawgroup.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                             TOTAL: 6