# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  ERIC VON RAY SLADKY<br>DARLA D. SLADKY<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>        vs.<br>  ERIC VON RAY SLADKY<br>DARLA D. SLADKY<br><br>      Respondents | Case No.14-22725CMB<br><br>Chapter 13<br><br>Related to: Document No. 77 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this \_\_\_25th\_\_\_ day of \_\_\_July\_\_\_, 20\_19\_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Sensus Usa Incorporated
Attn: Payroll Manager
450 North Gallatin Ave
Uniontown, PA 15401

is hereby ordered to immediately terminate the attachment of the wages of ERIC VON RAY SLADKY, social security number XXX-XX-7272. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ERIC VON RAY SLADKY.

~~FURTHER ORDERED:~~

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

BY THE COURT:

*Carlota M. Böhm* glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
7/25/19 10:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                               Case No. 14-22725-CMB
Eric Von Ray Sladky                                                                  Chapter 13
Darla D. Sladky
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: gamr              Page 1 of 1             Date Rcvd: Jul 25, 2019
                               Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2019.
db             +Eric Von Ray Sladky,    P.O. Box 530,   Vanderbilt, PA 15486-0530
               +Sensus Usa Incorporated,    Attn: Payroll Manager,    450 North Gallatin Ave,
                Uniontown, PA 15401-2458

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2019 at the address(es) listed below:
              Daniel R. White    on behalf of Joint Debtor Darla D. Sladky zmwchapter13@gmail.com,
               gianna@zeblaw.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Debtor Eric Von Ray Sladky zmwchapter13@gmail.com,
               gianna@zeblaw.com;r63228@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as trustee for Maroon Plains Trust bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    CALIBER HOME LOANS, INC. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6