Form 408

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Eric Von Ray Sladky**
**Darla D. Sladky**
Debtor(s)

Bankruptcy Case No.: 14−22725−CMB
Related to Dkt. No. 82
Chapter: 13
Docket No.: 84 − 82

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 28th of August, 2019, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 10/15/19.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **11/6/19 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **10/15/19.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                             Case No. 14-22725-CMB
Eric Von Ray Sladky                                                Chapter 13
Darla D. Sladky
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 2            Date Rcvd: Aug 28, 2019
                              Form ID: 408            Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2019.
```
db             +Eric Von Ray Sladky,    P.O. Box 530,    Vanderbilt, PA 15486-0530
jdb            +Darla D. Sladky,    P.O. Box 530,    Vanderbilt, PA 15486-0530
cr             +LSF9 Master Participation Trust,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
13883372        Beneficial,    P.O. Box 5233,    Carol Stream, IL 60197-5233
13883377        CBCS,    P.O. Box 2724,    Columbus, OH 43216-2724
13883378        Convergent Healthcare Recoveries, Inc.,    P.O. Box 5435--Dept. 0102,
                 Carol Stream, IL 60197-5435
13883379        Convergent Outsourcing, Inc.,    P.O. Box 1022,    Wixom, MI 48393-1022
13883380       +Craig Appliance,    509 McCormick Avenue, Suite 1,    Connellsville, PA 15425-3388
13883382       +Doubleday Book Club,    Customer Service Center,    P.O. Box 916400,    Rantoul, IL 61866-6400
13883384        Emergency Resource Management, Inc.,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
13954382       +Emergency Resources Mana,    c/o Convergent Healthcare Recoveries,    P.O. Box 1289,
                 Peoria, IL 61654-1289
13883385       +Fayette County Tax Claim Bureau,    Fayette County Courthouse,    61 East Main Street,
                 Uniontown, PA 15401-3514
13883386       +Fayette County Tax Claim Bureau,    c/o Cupp & Cupp,    2 West Main Street--Suite 517,
                 Uniontown, PA 15401-3408
13883405        Frank A. Yarussi, M.D. & Associates,    P.O. Box 308,    Presto, PA 15142-0308
13883388       +Freedom Financial,    448 West Main Street,    Mount Pleasant, PA 15666-1542
13883375       +Gina Canada, DO,    814 Vanderbilt Road,    Connellsville, PA 15425-6241
13883392       +HSBC Card Services,    Attn: Bankruptcy,    P.O. Box 5213,    Carol Stream, IL 60197-5213
13942519       +HSBC Mortgage Services, Inc.,    P.O. Box 21188,    Eagan, Minnesota 55121-0188
13883391       +Highlands Hospital,    401 East Murphy Avenue,    Connellsville, PA 15425-2700
13883393        J.B. Robinson Jewelers,    Attn: Bankruptcy,    P.O. Box 1799,    Akron, OH 44309-1799
13883383        Mohammad El Hillal, MD,    109 Crossroads Road--Suite 201,    Scottdale, PA 15683-2458
13883399       +PA Unemployment Compensation Fund,    Department of Labor and Industry,
                 Office of UC Tax Services,    625 Cherry Street--Room 203,    Reading, PA 19602-1152
13883400       +RJM Acquisitions,    575 Underhill Boulevard--Suite 224,    Syosset, NY 11791-3416
14352771       +Rushmore Loan Manangement Services, LLC,    15480 Laguna Canyon Road, Suite 100,
                 Irvine, CA 92618-2132
13883401       +Sepp Dental Office,    674 Vanderbilt Road,    Connellsville, PA 15425-6216
13883402        Tate & Kirlin,    2810 Southampton Road--Suite 10,    Philadelphia, PA 19154-1207
13883404       +Western PA Diagnostics OPEN MRI,    100 Peasant Village Lane,    Belle Vernon, PA 15012-4333
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13883369       +E-mail/Text: mnapoletano@ars-llc.biz Aug 29 2019 02:57:53      Ability Recovery Services,
                 P.O. Box 4031,    Wyoming, PA 18644-0031
13883370        E-mail/Text: bnc-applied@quantum3group.com Aug 29 2019 02:57:27      Applied Bank,
                 P.O. Box 17125,    Wilmington, DE 19850-7125
13883371        E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 29 2019 02:56:50      Asset Acceptance,
                 P.O. Box 2036,    Warren, MI 48090-2036
13883373       +E-mail/Text: EBN_Greensburg@Receivemorermp.com Aug 29 2019 02:58:02
                 Berks Credit & Collections,    900 Corporate Drive,    Reading, PA 19605-3340
13883374        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 29 2019 02:56:19      Brylane Home,
                 WFNNB Bankruptcy Department,    P.O. Box 182125,    Columbus, OH 43218-2125
13883376        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 29 2019 02:54:14      Capital One,
                 c/o TSYS Total Debt Management,    P.O. Box 5155,    Norcross, GA 30091
13963672       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Aug 29 2019 02:57:59      Caliber Home Loans, Inc.,
                 13801 Wireless Way,    Oklahoma City, Oklahoma 73134-2500
13883381        E-mail/PDF: creditonebknotifications@resurgent.com Aug 29 2019 02:54:43      Credit One Bank,
                 P.O. Box 98873,    Las Vegas, NV 89193-8873
13883387        E-mail/Text: bnc-bluestem@quantum3group.com Aug 29 2019 02:57:34      Fingerhut,    P.O. Box 1250,
                 Saint Cloud, MN 56395-1250
13883389       +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2019 02:54:36      GE Capital Corp.,
                 901 Main Avenue,    Norwalk, CT 06851-1168
13883390       +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2019 02:55:06      GE Money Bank,
                 Attention: Bankruptcy Department,    P.O. Box 103104,    Roswell, GA 30076-9104
13931082       +E-mail/Text: bankruptcy@sccompanies.com Aug 29 2019 02:58:01      Ginny's,
                 c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
13883394        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 29 2019 02:57:19      Jefferson Capital Systems,
                 16 McCleland Road,    Saint Cloud, MN 56303
13941644        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 29 2019 02:57:19      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
13883395       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 29 2019 02:54:22      LVNV Funding,
                 P.O. Box 10497,    Greenville, SC 29603-0497
13883396       +E-mail/Text: bankruptcy@sccompanies.com Aug 29 2019 02:55:43      Mason Easy-Pay,
                 1251 First Avenue,    Chippewa Falls, WI 54774-9998
13883397        E-mail/Text: bkr@cardworks.com Aug 29 2019 02:55:42      Merrick Bank,    P.O. Box 9201,
                 Old Bethpage, NY 11804-9001
13883398       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 29 2019 02:56:54      Midland Funding,
                 8875 Aero Drive--Suite 200,    San Diego, CA 92123-2255
```

```
District/off: 0315-2           User: jhel                  Page 2 of 2                   Date Rcvd: Aug 28, 2019
                               Form ID: 408                Total Noticed: 49

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13900265         E-mail/Text: bnc-quantum@quantum3group.com Aug 29 2019 02:56:28
                  Quantum3 Group LLC as agent for,   Galaxy Asset Purchasing LLC,    PO Box 788,
                  Kirkland, WA   98083-0788
13915850         E-mail/Text: bnc-quantum@quantum3group.com Aug 29 2019 02:56:28
                  Quantum3 Group LLC as agent for,   Sadino Funding LLC,   PO Box 788,
                  Kirkland, WA   98083-0788
13922770        +E-mail/Text: bankruptcy@sccompanies.com Aug 29 2019 02:58:01      Seventh Avenue,
                  c/o Creditors Bankruptcy Service,    P.O. Box 740933,   Dallas, TX 75374-0933
13883403        +E-mail/Text: bankruptcy@firstenergycorp.com Aug 29 2019 02:57:06      West Penn Power,
                  1310 Fairmont Avenue,    Fairmont, WV 26554-3526
                                                                                              TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CALIBER HOME LOANS, INC.
cr              U.S. Bank National Association, not in its individ
cr*            +Emergency Resources Mana,   c/o Convergent Healthcare Recoveries,   PO Box 1289,
                 Peoria, IL 61654-1289
13904992      ##+West Penn,   1310 Fairmont Ave,   Fairmont WV 26554-3526
                                                                                TOTALS: 2, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2019 at the address(es) listed below:
              Daniel R. White    on behalf of Joint Debtor Darla D. Sladky zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Debtor Eric Von Ray Sladky zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              James  Warmbrodt    on behalf of Creditor   U.S. Bank National Association, not in its individual
               capacity but solely as trustee for Maroon Plains Trust bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    CALIBER HOME LOANS, INC. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```