**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    ERIC VON RAY SLADKY
    DARLA D. SLADKY
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:14-22725

Chapter 13

Document No.:    82

**ENTERED BY DEFAULT**

**ORDER OF COURT**

    AND NOW, this ___25th___ day of ___October___, 20_19_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

*Carlota M. Böhm*    dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
10/25/19 10:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 14-22725-CMB
Eric Von Ray Sladky                                                           Chapter 13
Darla D. Sladky
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: aala              Page 1 of 2              Date Rcvd: Oct 25, 2019
                            Form ID: pdf900         Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2019.
```
db/jdb         +Eric Von Ray Sladky,    Darla D. Sladky,    P.O. Box 530,    Vanderbilt, PA 15486-0530
cr             +LSF9 Master Participation Trust,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
13883372        Beneficial,    P.O. Box 5233,    Carol Stream, IL 60197-5233
13883377        CBCS,    P.O. Box 2724,    Columbus, OH 43216-2724
13883378        Convergent Healthcare Recoveries, Inc.,    P.O. Box 5435--Dept. 0102,
                 Carol Stream, IL 60197-5435
13883379        Convergent Outsourcing, Inc.,    P.O. Box 1022,    Wixom, MI 48393-1022
13883380       +Craig Appliance,    509 McCormick Avenue, Suite 1,    Connellsville, PA 15425-3388
13883382       +Doubleday Book Club,    Customer Service Center,    P.O. Box 916400,    Rantoul, IL 61866-6400
13883384        Emergency Resource Management, Inc.,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
13954382       +Emergency Resources Mana,    c/o Convergent Healthcare Recoveries,    P.O. Box 1289,
                 Peoria, IL 61654-1289
13883386       +Fayette County Tax Claim Bureau,    c/o Cupp & Cupp,    2 West Main Street--Suite 517,
                 Uniontown, PA 15401-3408
13883385       +Fayette County Tax Claim Bureau,    Fayette County Courthouse,    61 East Main Street,
                 Uniontown, PA 15401-3514
13883405        Frank A. Yarussi, M.D. & Associates,    P.O. Box 308,    Presto, PA 15142-0308
13883388       +Freedom Financial,    448 West Main Street,    Mount Pleasant, PA 15666-1542
13883375       +Gina Canada, DO,    814 Vanderbilt Road,    Connellsville, PA 15425-6241
13883392       +HSBC Card Services,    Attn: Bankruptcy,    P.O. Box 5213,    Carol Stream, IL 60197-5213
13942519       +HSBC Mortgage Services, Inc.,    P.O. Box 21188,    Eagan, Minnesota 55121-0188
13883391       +Highlands Hospital,    401 East Murphy Avenue,    Connellsville, PA 15425-2700
13883393        J.B. Robinson Jewelers,    Attn: Bankruptcy,    P.O. Box 1799,    Akron, OH 44309-1799
13883383        Mohammad El Hillal, MD,    109 Crossroads Road--Suite 201,    Scottdale, PA 15683-2458
13883399       +PA Unemployment Compensation Fund,    Department of Labor and Industry,
                 Office of UC Tax Services,    625 Cherry Street--Room 203,    Reading, PA 19602-1152
13883400       +RJM Acquisitions,    575 Underhill Boulevard--Suite 224,    Syosset, NY 11791-3426
14352771       +Rushmore Loan Manangement Services, LLC,    15480 Laguna Canyon Road, Suite 100,
                 Irvine, CA 92618-2132
13883401       +Sepp Dental Office,    674 Vanderbilt Road,    Connellsville, PA 15425-6216
13883402        Tate & Kirlin,    2810 Southampton Road--Suite 10,    Philadelphia, PA 19154-1207
13883404       +Western PA Diagnostics OPEN MRI,    100 Peasant Village Lane,    Belle Vernon, PA 15012-4333

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13883369       +E-mail/Text: mnapoletano@ars-llc.biz Oct 26 2019 03:27:55      Ability Recovery Services,
                 P.O. Box 4031,    Wyoming, PA 18644-0031
13883370        E-mail/Text: bnc-applied@quantum3group.com Oct 26 2019 03:27:24      Applied Bank,
                 P.O. Box 17125,    Wilmington, DE 19850-7125
13883371        E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 26 2019 03:26:38      Asset Acceptance,
                 P.O. Box 2036,    Warren, MI 48090-2036
13883373       +E-mail/Text: EBN_Greensburg@Receivemorermp.com Oct 26 2019 03:28:05
                 Berks Credit & Collections,    900 Corporate Drive,    Reading, PA 19605-3340
13883374        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 26 2019 03:26:05      Brylane Home,
                 WFNNB Bankruptcy Department,    P.O. Box 182125,    Columbus, OH 43218-2125
13883376        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 26 2019 03:33:59      Capital One,
                 c/o TSYS Total Debt Management,    P.O. Box 5155,    Norcross, GA 30091
13963672       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Oct 26 2019 03:28:04      Caliber Home Loans, Inc.,
                 13801 Wireless Way,    Oklahoma City, Oklahoma 73134-2500
13883381        E-mail/PDF: creditonebknotifications@resurgent.com Oct 26 2019 03:33:03      Credit One Bank,
                 P.O. Box 98873,    Las Vegas, NV 89193-8873
13883387        E-mail/Text: bnc-bluestem@quantum3group.com Oct 26 2019 03:27:37      Fingerhut,    P.O. Box 1250,
                 Saint Cloud, MN 56395-1250
13883389       +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2019 03:34:02      GE Capital Corp.,
                 901 Main Avenue,    Norwalk, CT 06851-1168
13883390       +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2019 03:32:59      GE Money Bank,
                 Attention: Bankruptcy Department,    P.O. Box 103104,    Roswell, GA 30076-9104
13931082       +E-mail/Text: bankruptcy@sccompanies.com Oct 26 2019 03:28:05      Ginny’s,
                 c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
13883394        E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 26 2019 03:27:10      Jefferson Capital Systems,
                 16 McCleland Road,    Saint Cloud, MN 56303
13941644        E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 26 2019 03:27:10      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
13883395       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 26 2019 03:33:10      LVNV Funding,
                 P.O. Box 10497,    Greenville, SC 29603-0497
13883396       +E-mail/Text: bankruptcy@sccompanies.com Oct 26 2019 03:25:17      Mason Easy-Pay,
                 1251 First Avenue,    Chippewa Falls, WI 54774-9998
13883397        E-mail/PDF: MerrickBKNotifications@Resurgent.com Oct 26 2019 03:32:53      Merrick Bank,
                 P.O. Box 9201,    Old Bethpage, NY 11804-9001
13883398       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 26 2019 03:26:44      Midland Funding,
                 8875 Aero Drive--Suite 200,    San Diego, CA 92123-2255
13900265        E-mail/Text: bnc-quantum@quantum3group.com Oct 26 2019 03:26:18
                 Quantum3 Group LLC as agent for,    Galaxy Asset Purchasing LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
```

```
District/off: 0315-2          User: aala                 Page 2 of 2                  Date Rcvd: Oct 25, 2019
                              Form ID: pdf900            Total Noticed: 48

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13915850          E-mail/Text: bnc-quantum@quantum3group.com Oct 26 2019 03:26:18
                   Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                   Kirkland, WA  98083-0788
13922770         +E-mail/Text: bankruptcy@sccompanies.com Oct 26 2019 03:28:05        Seventh Avenue,
                   c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
13883403         +E-mail/Text: bankruptcy@firstenergycorp.com Oct 26 2019 03:26:55     West Penn Power,
                   1310 Fairmont Avenue,    Fairmont, WV 26554-3526
                                                                                              TOTAL: 22

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CALIBER HOME LOANS, INC.
cr              U.S. Bank National Association, not in its individ
cr*            +Emergency Resources Mana,    c/o Convergent Healthcare Recoveries,    PO Box 1289,
                 Peoria, IL 61654-1289
13904992       ##+West Penn,   1310 Fairmont Ave,    Fairmont WV 26554-3526
                                                                                   TOTALS: 2, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2019 at the address(es) listed below:
          Daniel R. White    on behalf of Joint Debtor Darla D. Sladky zmwchapter13@gmail.com,
           gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
          Daniel R. White    on behalf of Debtor Eric Von Ray Sladky zmwchapter13@gmail.com,
           gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
          James Warmbrodt    on behalf of Creditor   U.S. Bank National Association, not in its individual
           capacity but solely as trustee for Maroon Plains Trust bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor   CALIBER HOME LOANS, INC. bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```